

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:      Edith Ugwu, Individually and as representative of Joyful Homes, et al.
                          v. Chichi Emmanuel Ugwu

Appellate case number:    01-17-00247-CV

Trial court case number:  08-DCV-162390

Trial court:              328th District Court of Fort Bend County

Appellant's brief filed on September 13, 2017 fails to include citations to the record as required by the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 38.1(d) (statement of case "should be supported by record references . . . ."); TEX. R. APP. P. 38.1(g) ("The statement [of facts] must be supported by record references."); TEX. R. APP. P. 38.1(i) ("The brief must contain a clear and concise argument for the contentions made, with appropriate citations to authorities and to the record."). Appellee has filed a motion requesting that this Court set a deadline for appellant to file an amended brief with record citations and that appellee's brief not be due until after appellant files her amended brief. The motion is **granted**.

Appellant is ordered to file an amended brief containing all necessary references to the appellate record and conforming to Rule 38.1. *See* TEX. R. APP. P. 38.1(d), (g), (i). **Appellant's amended brief is due to be filed with this Court no later than October 31, 2017**. *See* TEX. R. APP. P. 38.6(a).

Appellee's brief is due no later than 30 days after the filing of appellant's amended brief. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.


Judge's signature: /s/ Jane Bland
                        Acting individually


Date:  October 17, 2017